**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **RONALD R. HARVEY** | **NO. 05-0060-RET-DLD** |

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 10 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on December 10, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **RONALD R. HARVEY** | **NO. 05-0060-RET-DLD** |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on the Motion for Summary Judgment of the defendant, Ronald R. Harvey. Rec.doc.no. 67. In this motion, the defendant asserts that judgment should be entered in his favor because of the failure of the United States to timely file a memorandum in response to his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, as ordered by the Court.

The defendant's motion should be denied. The record reflects that, by Order dated February 11, 2008, the Court directed the United States to file a response to the defendant's motion to vacate, set aside or correct sentence within forty-five (45) days. Rec.doc.no. 63. Upon the Government thereafter filing a timely request for extension of time within which to file its response, rec.doc.no. 64, the Court granted the United States until April 26, 2008, within which to do so. Rec.doc.no. 65. Inasmuch as April 26, 2008, fell on a Saturday, the Government had until Monday, April 28, 2008, within which to file its response, and the Government's response was in fact filed on that date. Accordingly, there is no legal or factual basis for the defendant's motion.

### RECOMMENDATION

It is the recommendation of the Magistrate Judge that the defendant's Motion for Summary

Judgment, rec.doc.no. 67, be denied, and that this matter be referred back to the Magistrate for further proceedings.

Signed in Baton Rouge, Louisiana, on December 10, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**